USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN SANCHEZ, *on behalf of himself and all others similarly situated*,

                Plaintiff,

v.

INVESTOR'S BUSINESS DAILY, INC.,

                Defendant.

21-CV-931 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff filed this action on February 3, 2021. Dkt. 1. On March 3, Plaintiff filed an acknowledgement of service, which stated that Defendant was served on February 17, 2021, and that its answer was due March 10, 2021. Dkt. 6. On March 16, 2021, Defendant filed a motion for an extension of time to answer or otherwise respond to the complaint. Dkt. 8. The Court granted the motion, and extended the time to file an answer or otherwise respond to the complaint until April 30, 2021. To date, Defendant has not filed a response to the complaint. In addition, the parties have not yet responded to the Court's February 9, 2021 Order, requiring them to submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge, or (2) schedule an initial status conference. Dkt. 5. No later than June 11, 2021, the parties shall do so. To the extent that Defendant has not appeared by that date, Plaintiff shall state as much in its letter, and shall inform the Court whether it intends to seek default judgment against Defendants.

SO ORDERED.

Dated:    June 2, 2021
             New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge