**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CHRISTIAN SANCHEZ, on behalf of himself
and all others similarly situated,

                Plaintiffs,

      -against-

INVESTOR'S BUSINESS DAILY, INC.
              Defendant.

Case No. 1:21-cv-00931-RA
**NOTICE OF VOLUNTARY**
**DISMISSAL**
**WITH PREJUDICE**

      **PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be

and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs,

or disbursements, or attorneys' fees to any party.

Dated:     Brooklyn, New York
            June 3, 2021

If the parties seek to have the Court retain jurisdiction to enforce
a settlement agreement, the terms of the agreement must be
placed on the public record and "so ordered" by the Court within
thirty-days.  See Hendrickson v. United States, 791 F.3d 354,
358 (2d Cir. 2015).
The Clerk of Court is respectfully directed to close this case.
SO ORDERED.

Respectfully submitted,

*/s/ Joseph H. Mizrahi*
Cohen & Mizrahi LLP
*Attorneys for Plaintiff*

Ronnie Abrams, U.S.D.J.
June 4, 2021